IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARKANSAS DEPARTMENT
OF ENERGY AND ENVIRONMENT**        **PLAINTIFF**

v.      Case No. 4:22-CV-00359-BSM

**ENVIRONMENTAL PROTECTION
AGENCY,** *et al.*        **DEFENDANTS**

## ORDER

The joint motion to stay case [Doc. No. 32] is granted. The case is stayed and the parties are directed to provide a status update within sixty days.

IT IS SO ORDERED this 23rd day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE