UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| ARKANSAS DEPARTMENT OF ENERGY AND ENVIRONMENT, DIVISION OF ENVIRONMENTAL QUALITY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY; MICHAEL REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　　Defendants. | Case No. 4:22-cv-359 (BSM) |

## JOINT STATUS REPORT

In accordance with the Court's August 23, 2022 order, ECF No. 33, and as represented in the parties' October 24, 2022 status report, ECF No. 34, Plaintiff Arkansas Department of Energy and Environment, Division of Environmental Quality (DEQ) and Defendants, the U.S. Environmental Protection Agency and Michael Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency (collectively, EPA), through counsel, respectfully submit this status report. The parties continue to hold settlement discussions and envision a multi-step settlement framework. The parties therefore continue to believe that good cause exists to further explore a global settlement of both this litigation and the related litigation pending in Circuit Court (*Arkansas Dep't of Energy and Envt. v. EPA*, Case No. 22-1831 (8th Cir.)). The parties request that the Court continue the stay to allow sufficient time for extended discussions to take place and propose to submit another status report in 120 days, on or before June 21, 2023.

Dated: February 21, 2023

Respectfully Submitted,

  /s/ *Anna Wildeman*
ANNA J. WILDEMAN (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW
Washington, DC 20004
(202) 274-2895
Dave.Ross@troutman.com
Anna.Wildeman@troutman.com

T. SCOTT MILLS (*pro hac vice*)
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
(404) 885-3000
Scott.Mills@troutman.com

BASIL V. HICKS III (AR Bar No. 2015117)
Office of Chief Counsel
Arkansas Dept. of Energy and Environment,
Division of Environmental Quality
5301 Northshore Drive
North Little Rock, AR 72118
501-682-0884
hicks@adeq.state.ar.us

*Attorneys for Plaintiff Arkansas Department of Energy and Environment, Division of Environmental Quality*

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division

*Of Counsel:*
JESSICA ZOMER
Office of General Counsel
RENEA RYLAND
Office of Region Counsel
U.S. EPA

 /s/  *Sarah Izfar*
SARAH IZFAR
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 305-0490
Sarah.izfar@usdoj.gov

Local Counsel:
SHANNON S. SMITH
Chief, Civil Division
U.S. Attorney's Office, Eastern District of
Arkansas
Ark. Bar No. 94172
P.O. Box 1229
Little Rock, Arkansas 72203
Tel. (501) 340-2628
shannon.smith@usdoj.gov
*Counsel for Defendants*