# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ARKANSAS DEPARTMENT OF**                                                 **PLAINTIFF**
**ENERGY AND ENVIRONMENT,**
DIVISION OF ENVIRONMENTAL
QUALITY

**v.**                  **CASE NO. 4:22-CV-00359-BSM**

**ENVIRONMENTAL PROTECTION**
**AGENCY,** *et al.*                                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of January, 2026.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE